IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-01008 |
| Plaintiff, | **INDICTMENT** |
| vs. | |
| JASON LAUFENBERG, | **Count 1**<br>21 U.S.C. § 846<br>Conspiracy to Distribute a<br>Controlled Substance |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about January 2019, and continuing to in or about January 2022, in the Northern District of Iowa, defendant JASON LAUFENBERG did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

This was in violation of Title 21, United States Code, Section 846.

TIMOTHY T. DUAX
United States Attorney

By: [signature]

DEVRA T. HAKE
Special Assistant United States Attorney

A TRUE BILL

s/ Foreperson    6/6/23
Grand Jury Foreperson   Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/6/23
PAUL DE YOUNG, CLERK