IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>Vs.<br><br>JASON LAUFENBERG,<br><br>DEFENDANT. | Case No. 23-CR-1008<br><br>**NOTICE OF APPEARANCE** |

COMES NOW the undersigned attorney and hereby enters his appearance for the Defendant in the above captioned case.

    /s/ Matthew L. Noel
THE NOEL LAW OFFICE
Matthew L. Noel AT0009781
1610 Garfield Avenue
Dubuque, IA 52002
Phone:   (563) 663-9156
Email:   mnoel@noellawiowa.com
Attorney for Defendant