RECEIVED
By USMS N/IA at 11:44 am, Jun 07, 2023

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>JASON LAUFENBERG<br><br>*Defendant* | ) ) ) Case No. 23-CR-01008<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason Laufenberg,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance in violation of Title 21, U.S.C. § 846.

Date: 06/06/2023

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/06/2023, and the person was arrested on *(date)* 06/13/2023
at *(city and state)* Cedar Rapids, Iowa.

Date: 06/14/2023

*Arresting officer's signature*

Matthew Kronfeld, Deputy U.S. Marshal
*Printed name and title*