# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. JASON LAUFENBERG, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:23-cr-1008-LTS-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 6/15/2023 | Start: | 10:59 AM | Adjourn: | 11:04 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Devra Hake | | | | | | | |
| | Defendant(s): | Matthew L. Noel via telephone (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser | | | | | | | |
| | Interpreter: | -- | | Language: | -- | | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING: INITIAL APPEARANCE: X AND/OR ARRAIGNMENT: X**

| | | | |
|---|---|---|---|
| | | Contested? No | Continued from a previous date? No |
| Date of indictment: | 6/6/2023 | | |
| Was defendant *Mirandized*? | Yes | | |
| Defendant pleaded | not guilty to count 1 of the indictment | | |
| Counsel: | X | Retained | Appointed (FPD or CJA Panel): |
| Stipulation to discovery plan? | Yes | Did defendant provide financial affidavit? | -- |
| Did the government move for detention? | | Yes  Was the defendant detained? | Yes |
| Detention hearing: | MAR 6/21/2023 at 1:30 PM | | |
| Trial date: | LTS 7/17/2023 | | |
| **Witness/Exhibit List is** | -- | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant waives reading of the indictment.

Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.
Page **1** of 1