# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff(s)
vs.
JASON LAUFENBERG
    Defendant(s)

**HEARING MINUTES**    Sealed: No
Case No.: 2:23-cr-1008-LTS-MAR-1
Presiding Judge: Mark A. Roberts
Deputy Clerk: Rachel J. Scott
Official Court Record: FTR Gold
Contact Information: --

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 06/21/2023 | Start: | 1:30 PM | Adjourn: | 2:27 PM | Courtroom: | 4, 4th Floor |
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | -- |
| Appearances: | Plaintiff(s): | AUSA Devra Hake | | | | | |
| | Defendant(s): | Matthew Louis Noel (Defendant appears personally) | | | | | |
| | U.S. Probation: | USPO Amy Moser | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:**    PRELIMINARY EXAMINATION    DETENTION **X**    REVOCATION

Contested? Yes    Continued from a previous date? No

| | |
|---|---|
| Moving party: | Government Oral Motion to Detain (doc. 10) |
| Nature of proceedings: | Ruling: |
| Preliminary examination | |
| Review of detention or conditions    X | Court finds the Government has carried its burden by a preponderance of the evidence that the Defendant is a risk of non-appearance and by clear and convincing evidence that the Defendant is a danger to the community. Defendant detained. |
| **Witness/Exhibit List is** | **Government Witness**<br>1. Dubuque Sheriff Deputy Dan Kearney (1:31 PM – 1:44 PM)<br><br>**Defense Witnesses**<br>1. Debbie Laufenberg (1:45 PM – 1:55 PM)<br>2. Mark Scholtes (1:55 PM – 2:00 PM)<br>3. Wendy Figueroa (2:00 PM – 2:10 PM) |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Ms. Hake request the court to take formal notice of the Sealed Pretrial Services Report. No objection from Mr. Noel. Court will take formal notice of the Sealed Pretrial Services Report (doc. 14).

Deputy Dan Kearney direct (1:31 PM – 1:41 PM). Cross (1:41 PM – 1:44 PM). Deputy Kearney excused.

Debbie Laufenberg direct (1:45 PM – 1:46 PM). Cross (1:46 PM – 1:53 PM). Redirect (1:53 PM – 1:54 PM). Questioning from the court (1:54 PM – 1:55 PM). Ms. Laufenberg excused.

Mark Scholtes direct (1:55 PM – 1:57 PM). Cross (1:57 PM – 1:59 PM). Questioning from the court (1:59 PM – 2:00 PM). Mr. Scholtes excused.

Wendy Figueroa direct (2:00 PM – 2:04 PM). Cross (2:04 PM – 2:09 PM). Questioning from the court (2:09 PM -2:10 PM). Ms. Figueroa excused.

Court hears argument.