IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> Vs. <br><br> JASON LAUFENBERG, <br><br> DEFENDANT. | Case No. 23-CR-1008 <br><br> **MOTION TO CONTINUE** <br> **(unresisted)** |

COMES NOW the Defendant, by and through his attorney, and in support of this motion states to the Court affirmatively that:

1. Trial in this matter is set for July 17, 2023.

2. The undersigned has received discovery from the Government on June 22, 2023. The discovery is contained on a hard drive and is over a TB in size.

3. In addition to having to review the discovery himself, the undersigned has to review much of it with the defendant, who is detained at the Linn County Jail.

4. The Defendant is charged with Conspiracy to Distribute a Controlled Substance and faces a potential sentence of 327 months in jail. A continuance is in the interest of justice and will not prejudice either party.

5. The undersigned has communicated with SAUSA Hake and she has no objection to this motion.

WHEREFORE the Defendant PRAYS the Court enter an order continuing trial and all applicable deadlines for approximately 60 days.

    /s/ Matthew L. Noel
THE NOEL LAW OFFICE
Matthew L. Noel AT0009781
1610 Garfield Avenue
Dubuque, IA 52002
Phone:   (563) 663-9156

Email: mnoel@noellawiowa.com
Attorney for Defendant