IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>Vs.<br><br>JASON LAUFENBERG,<br><br>DEFENDANT. | Case No. 23-CR-1008<br><br>**MOTION TO CONTINUE**<br>**(unresisted)** |

COMES NOW the Defendant, by and through his attorney, and in support of this motion states to the Court affirmatively that:

1. This matter is currently set for a jury trial on September 18, 2023.

2. The undersigned has received voluminous discovery which he is still reviewing alone and with the Defendant.

3. In addition to discovery, the undersigned is investigating evidence is support of Defendant's case were it to proceed to trial.

4. Defendant is facing a potential sentence of 327 months of incarceration in this matter and a continuance is in the interest of justice and neither party will be prejudiced.

5. The undersigned has communicated with SAUSA Hake and she has no objection to this motion. However, SAUSA Hake is taking leave on November 26, 2023, so both parties agree the trial should occur before November 5, 2023.

1

WHEREFORE the Defendant PRAYS the Court enter an order continuing trial and all applicable deadlines approximately 45 days.

By: *Matthew L. Noel*

Matthew L. Noel
Noel Law Office
1610 Garfield Avenue
Dubuque, IA 52001
Tel: 563-663-9156
Email: mnoel@noellawiowa.com

ATTORNEY FOR DEFENDANT